**Order filed February 28, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00080-CV
_____

**ERNEST POWELL III, Appellant**

**V.**

**VICTOR GRIJALVA, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010190**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 190th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On February 1, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of that notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal by **April 1, 2019**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM